UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
LEXINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br><br>V.<br><br>RONNIE JOLLY,<br>    Defendant. | CRIMINAL NO. 5:18-32-KKC<br><br><br>**OPINION AND ORDER** |

**\*\*\* \*\*\* \*\*\***

This matter is before the Court on defendant Ronnie Jolly's motion (DE 142) for appointment of counsel. Jolly pleaded guilty to conspiring to defraud the United States, conspiring to commit mail and wire fraud, aiding and abetting crop insurance fraud, and aiding abetting money transactions involving criminally derived property. By judgment dated August 18, 2021 (DE 111), the Court sentenced Jolly to a prison term of 36 months.

With his motion, Jolly states that the U.S. Attorney's Office for this district agreed to "release" a certain tract of land to his wife. He states the property never should have been "released." He would like counsel to represent him in negotiations with the government on this issue. The Court is not aware of any means by which it could appoint counsel to represent a defendant in this situation.

Further, Jolly has no interest in the property and, thus, has no standing to object to the government's disposition of it. The property at issue is 1131 College Road, Paris, KY 40361. This property was included in the forfeiture allegations of the indictment. (DE 1, Indictment.) In his plea agreement (DE 31), Jolly agreed to forfeit to the United States his interest in all the property listed in the indictment's forfeiture allegations. (DE 31, Plea

Agreement, ¶ 10.) Jolly agreed that the College Road property was "forfeitable as facilitating property." *Id*.

After Jolly and the United States entered into the plea agreement, the United States and Jolly's wife, Amy Jolly, entered into a settlement agreement by which the United States agreed to give up all of its interest in the College Road property. (DE 43-2, Settlement Agreement, ¶ 2.) Pursuant to the plea agreement and settlement agreement, the Court entered a preliminary judgment of forfeiture stating that the United States relinquished all of its rights to the College Road property to Amy Jolly. (DE 76, Preliminary Judgment of Forfeiture.) That preliminary judgment of forfeiture became final as to the defendant at the August 13, 2021 sentencing (DE 109, Minute Entry for Sentencing.) *See* Fed. R. Crim. P. 32.2(b)(4)(A). Thus, to the extent that Jolly now objects to the government's relinquishment of its rights to the property to a third party, he has no standing to do so because, as of August 13, 2021, he no longer had any interest in the property.

For all these reasons, the Court hereby ORDERS that defendant Jolly's motion for court-appointed counsel (DE 142) is DENIED.

This 12th day of October, 2022.

KAREN K. CALDWELL
UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF KENTUCKY