UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
LEXINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br><br>V.<br><br>RONNIE JOLLY,<br>    Defendant. | CRIMINAL NO. 5:18-32-KKC<br><br><br>**ORDER** |

\*\*\* \*\*\* \*\*\*

This matter is before the Court on defendant Ronnie Jolly's motion (DE 130) to vacate, set aside, or correct his sentence, which was filed pursuant to 28 U.S.C. § 2255. The magistrate judge has recommended that the Court deny the motion. (DE 164, R &R.) Jolly has not filed objections to the recommendation, and the Court agrees with the magistrate judge's analysis and conclusions.

Accordingly, the Court hereby ORDERS as follows:

1) the Report and Recommendation (DE 164) is ADOPTED as the Court's opinion;

2) Jolly's motion to vacate under 28 U.S.C. § 2255 (DE 130) is DENIED;

3) a certificate of appealability will not be issued, Jolly having failed to make "a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2); and

4) a judgment consistent with this order and the Report and Recommendation will be entered.

This 23rd day of April, 2024.



KAREN K. CALDWELL
UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF KENTUCKY